UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cv-00181-MOC

| | | |
|---|---|---|
| **ERIC LAMONT WHITENER,** | ) | |
| Petitioner, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| Respondent. | ) | |

**THIS MATTER** is before the court on petitioner's Motion to Reconsider and Rescind its Order (#17). The court has reviewed the previous Order, compared such with the records of this court as well as petitioner's motion, and determined that such Order accurately reflects the history of petitioner's filings before this court. Whether or not such will result in further inquiry or action by the respondent is not for this court to decide. Petitioner's motion does, however, serve to explain why he made the previous filing without disclosing the existence of the prior Section 2255 action. Having considered petitioner's motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that petitioner's Motion to Reconsider and Rescind its Order (#17) is **DENIED.**

Signed: April 15, 2013

Max O. Cogburn Jr.
United States District Judge